# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00546HG-KSC |
| CASE NAME: | Hitomi Nihei v. Thomas T.M. Ho, et al. |
| ATTYS FOR PLA: | Carl Varady |
| ATTYS FOR DEFT: | Sam King, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 2/10/2006 | TIME: | 9:40-9:50am |

COURT ACTION:  EP: Status Conference Re: Trial Date and Other Deadlines. Discussion held regarding parallel bankruptcy action and ongoing settlement negotiations.

New trial date given.  Second Amended Rule 16 Scheduling Conference Order to be issued.  All dates that have passed shall be closed.  Counsel to submit a stipulation as to discovery deadlines.

1. Jury trial on August 15, 2006 at 9:00 a.m. before HG
2. Final Pretrial Conference on **July 5, 2006** at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge Helen Gillmor on August 4, 2006 at 8:30a.m.
4. Final Pretrial Statement by June 27, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by **(CLOSED)**
7. File Dispositive Motions by **(CLOSED)**
8a. File Motions in Limine by July 25, 2006
8b. File opposition memo to a Motion in Limine by August 1, 2006
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12. Discovery deadline **(CLOSED)**
13. Settlement Conference set for 4/18/2006 at 10:00am before KSC
14. Settlement Conference statements by 4/11/2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 1, 2006

21. File Final witness list by July 25, 2006
24. Exchange Exhibit and Demonstrative aids by July 18, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 25, 2006
26. File objections to the Exhibits by August 1, 2006
28a. File Deposition Excerpt Designations by July 25, 2006
28b. File Deposition Counter Designations and Objections by August 1, 2006
29. File Trial Brief by August 1, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV04-546HG-KSC
Hitomi Nihei v. Thomas Ho, et al.
Second Amended Rule 16 Scheduling Conference Order
2/10/2006