# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00546HG-KSC |
| CASE NAME: | Hitomi Nihei v. Thomas T.M. Ho, et al. |
| ATTYS FOR PLA: | Carl Varady |
| ATTYS FOR DEFT: | Sam King, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 7/5/2006 | TIME: | 9:00-9:05am |

COURT ACTION:  EP:
1. Final Pretrial Conference
2. Status Conference Re: Trial Date and Other Deadlines.

New trial date given.  Third Amended Rule 16 Scheduling Order to be issued.

1.   Jury trial on November 14, 2006 at 9:00 a.m. before HG
2.   Final Pretrial Conference on October 3, 2006 at 9:00 a.m. before KSC
3.   Final Pretrial Conference before District Judge Helen Gillmor on November 3, 2006 at 8:30a.m.
4.   Final Pretrial Statement by September 26, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6.   File other Non-Dispositive Motions by **(CLOSED)**
7.   File Dispositive Motions by **(CLOSED)**
8a.  File Motions in Limine by October 24, 2006
8b.  File opposition memo to a Motion in Limine by October 31, 2006
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12.  Discovery deadline September 15, 2006
13.  Settlement Conference set for (on call)
14.  Settlement Conference statements by
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 31, 2006
21.  File Final witness list by October 24, 2006

24. Exchange Exhibit and Demonstrative aids by October 17, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 24, 2006
26. File objections to the Exhibits by October 31, 2006
28a. File Deposition Excerpt Designations by October 24, 2006
28b. File Deposition Counter Designations and Objections by October 31, 2006
29. File Trial Brief by October 31, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV04-546HG-KSC
Hitomi Nihei v. Thomas T.M. Ho, et al.
Third Amended Rule 16 Scheduling Conference Order
7/5/2006