# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00546HG-KSC

CASE NAME:       Hitomi Nihei v. Thomas T.M. Ho, et al.

ATTYS FOR PLA:   Carl Varady

ATTYS FOR DEFT:  Sam King, Jr.
                 Defendant Thomas Ho

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang         REPORTER:   C5 - no record

DATE:     10/2/2006                 TIME:       9:20-9:25am

---

COURT ACTION:  EP: Final Pretrial Conference.

Plaintiff:
    Length of Trial:     2 - 2½ days
    Lay Witnesses:       4
    Expert Witnesses:    2 (1 from the mainland and 1 from the outer island)

Defendant:
    Length of Trial:     2½ days
    Lay Witnesses:       5
    Expert Witnesses:    1

Submitted by: Shari Afuso, Courtroom Manager