LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447

Attorney for Plaintiff
HITOMI NIHEI

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| HITOMI NIHEI,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS T.M. HO and DOE ENTITIES 1-10,<br>  Defendants. | CV04-00546 HG/KSC<br><br>STIPULATION TO EXTEND RULE 16 DISCOVERY DEADLINE |

**STIPULATION TO EXTEND RULE 16 DISCOVERY DEADLINE**

Pursuant to Rule 16, Fed. R. Civ. Pro., and LR 6.2 and 10.4, the parties, through their undersigned attorneys, hereby stipulate to extend the dates for disclosures of expert evidence as set forth in the paragraph 11 of the Court's Amended Rule 16 Scheduling Order [Filed July 12, 2005] as follows:

Pursuant to Fed. R. Civ. Pro. 26, discovery in this case shall be

concluded by October 31, 2006.

DATED: Honolulu, Hawai'i, September 27, 2006.

_____   _____
CARL M. VARADY                     SAMUEL P. KING, JR.

Attorney for Plaintiff             Attorney for Defendant
HITOMI NIHEI                       THOMAS T.M. HO

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

---

NIHEI v. HO et al., CV04-00546 HG/KSC; STIPULATION TO EXTEND DISCOVERY DEADLINE