LAW OFFICES OF CARL M. VARADY

CARL M. VARADY  4873
American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 523-8447

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HITOMI NIHEI,<br><br>              Plaintiff,<br><br>vs.<br><br>THOMAS T.M. HO and DOE ENTITIES 1-10,<br><br>              Defendants. | CV04-00546 HG/KSC<br><br>PLAINTIFF'S WITNESS LIST; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: November 14, 2006<br><br>Judge: Hon. Helen Gillmor |

**<u>PLAINTIFF'S WITNESS LIST</u>**

      Plaintiff, HITOMI NIHEI, hereby submits the following list of

witnesses likely to testify at trial:

## I. **LAY WITNESSES.**

| NAME | SUBJECT MATTER | ESTIMATED TIME |
| --- | --- | --- |
| 1. HITOMI NIHEI | All matters related to her representation by Thomas Ho | 4 hours |
| 2. STACEY FUKUHARA, ESQ. | Statements made by Thomas Ho concerning his representation of Ms. Nihei | 2 hours |
| 3. THOMAS T.M. HO, ESQ. | All matters related to his representation of Ms. Nihei and his knowledge of EB-5 investor visas | 4 hours |
| 4. D. SCOTT MACKINNON, ESQ. | Plaintiff's investment in the 88 Piikoi Development Project, Defendant's representation of Plaintiff and all matters related thereto. | 2 hours |
| 5. IRIS TACHIBANA, | Defendant's activities from 1999 through present, including the facts related to the instant action. | 2 hours |
| 6. TETSUKO S. HO, | Defendant's activities from 1999 through present, including the facts related to the present case. | 2 hours |
| 7. KAZUMI MURATA | Defendant's custom and practice in immigration matters. | 1 hour |
| 8. TOSHIAKI TAKAHASHI | Defendant's course of practice in immigration matters in which Kyoiku Juku or other individuals known to Takahashi were involved. | 1 hour |

| | | |
|---|---|---|
| 9. SHELDON S.H. ZANE, ESQ., | Facts pertaining to Plaintiff's claims against Defendant, and, without limitation, Defendant's participation in drafting the repurchase agreement. | 2 hours |
| 10. JAMES HYRSYZIN | Facts pertaining Defendant's knowledge, prior to 1999, regarding the qualifications necessary for investors making EB-5 visa applications, as reported to the Department of Homeland Security. | 1 hour |

11.  All witnesses identified or called by Defendant.

12.  Rebuttal witnesses.

## II. EXPERT WITNESSES.

| NAME | SUBJECT MATTER | ESTIMATED TIME |
|---|---|---|
| 1. MARTIN LAWLER, ESQ. | Expert who will testify regarding standard of care applicable to EB-5 matters | 2 hours |
| 2. ANN E. WILSON, CPA | Expert who will testify regarding Ms. Nihei's financial losses. | 1 hour |

3.  All witnesses identified or called by Defendant.

4.  Rebuttal witnesses.

DATED: Honolulu Hawai'i, October 24, 2006.

                                                       /S/
                                        CARL M. VARADY
                                        Attorney for Plaintiff
                                        HITOMI NIHEI

## CERTIFICATE OF SERVICE

I certify that a copy of the attached document was served by placing a copy in the United States mail first-class postage prepaid on the date indicated below, addressed to:

> Samuel King Jr., Esq.
> King & King
> Dillingham Transportation Bldg.
> 735 Bishop St., Ste. 304
> Honolulu, HI 96813

DATED: Honolulu, Hawai'i, October 24, 2006.

                                              /S/
                                     CARL M. VARADY