# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00546HG-KSC |
| CASE NAME: | Hitomi Nihei v. Thomas T.M. Ho, et al. |
| ATTYS FOR PLA: | Carl Varady<br>Plaintiff Hitomi Nihei |
| ATTYS FOR DEFT: | no appearance |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 10/24/2006 | TIME: | 10:00-10:15am |

COURT ACTION:  EP: Further Settlement Conference.  Carl Varday and Plaintiff Hitomi Nihei present.  Counsel Sam King, Jr. not present.  Settlement conference not held.  Counsel to confer and reschedule settlement conference, if any.

Submitted by: Shari Afuso, Courtroom Manager