SAMUEL P. KING, JR. #1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937

Attorney for Defendant Thomas T. M. Ho

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 4 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HITOMI NIHEI, | ) | CIVIL NO. CV 04-00546 HG KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT THOMAS T. M. HO'S |
| | ) | WITNESS LIST; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| THOMAS T. M. HO and DOE | ) | Trial Date: November 14, 2006 |
| ENTITIES 1-10, | ) | Time: 9.00 a.m. |
| | ) | Judge: Hon. Helen Gillmor |
| Defendant. | ) | |
| | ) | |

## DEFENDANT THOMAS T. M. HO'S WITNESS LIST

Defendant Thomas T. M. Ho, by and through his attorney, SAMUEL P. KING, JR., hereby submits his witness list pursuant to the Third Amended Rule 16 Scheduling Order dated July 6, 2006, of this Court.

| Name of Witness | Substance of Testimony | Est. Direct Exam. Time |
|---|---|---|
| THOMAS T. M. HO, (Defendant) | His representation of Plaintiff and all his dealings with her and | 2 hours |

|  |  |  |
|---|---|---|
|  | Sheldon Zane. |  |
| HITOMI NIHEI (Plaintiff) | Her educational background and training and her dealings with Thomas Ho, Sheldon Zane and Sheldon Zane's associates. | 2 hours |
| SHELDON ZANE (Project developer) | His background and his dealings with Hitomi Nihei and Thomas Ho and how he dissipated Nihei's funds. | 2 hours |
| RONALD T. OLDENBURG (Defendant's expert witness) | About the EB-5 law, the Zou case, standard of immigration practice in Hawaii, and his opinion on this case. | 2 hours |

DATED: Honolulu, Hawaii, October 24, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant Thomas T. M. Ho

## CERTIFICATE OF SERVICE

I certify that a copy of the attached dorument was served by hand delivery on October 24, 2006, on:

    Carl M. Varady, Esq.
    Suite 2870, American Savings Bank Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813
    Attorney for Plaintiff

DATED: Honolulu, Hawaii, October 24, 2006.

                                  SAMUEL P. KNG, JR.
                                  Attorney for Defendant Thomas Ho