# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00546HG-KSC |
| CASE NAME: | Hitomi Nihei v. Thomas T.M. Ho, et al. |
| ATTYS FOR PLA: | Carl Varady<br>Plaintiff Hitomi Nihei |
| ATTYS FOR DEFT: | Samuel King, Jr.<br>Defendant Thomas Ho |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record<br>11:00-11:35am<br>(Settlement Conf) |
| DATE: | 10/30/2006 | TIME: | FTR C5<br>11:35:52-11:38:41am<br>(Sett on the Record) |

COURT ACTION:  EP: Further Settlement Conference. Settlement Conference held. Case settled.  Terms stated.

Based upon representations by counsel and the parties acceptance, the court finds that the essential terms of a valid and binding settlement agreement have been stated.  The deadline for filing of the Dismissal is 11/30/06.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
11/3/06, 8:30am, Final Pretrial Conference, Judge Gillmor
11/14/06, 9:00am, Jury Trial, Judge Gillmor

Submitted by: Shari Afuso, Courtroom Manager