IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HITOMI NIHEI, | ) CIVIL NO. 04-00546 HG-KSC |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| THOMAS HO, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER OF DISMISSAL

    The Court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

    GOOD CAUSE APPEARING FOR DISMISSAL,

    IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The Court retains jurisdiction to reopen the proceeding, upon good cause shown, to enforce the terms and conditions of the settlement.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, December 20, 2006.



                              /S/ Helen Gillmor
                     _____
                     Helen Gillmor
                     Chief United States District Judge

CIVIL NO. 04-cv-00546; HITOMI NIHEI V. THOMAS HO.; ORDER OF DISMISSAL