AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| HITOMI NIHEI | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00546HG-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| THOMAS HO | December 20, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED with prejudice pursuant to the "Order of Dismissal" signed by Chief Judge Helen Gillmor on December 20, 2006.

_____
December 20, 2006
Date

SUE BEITIA
Clerk

(By) Deputy Clerk